UNITED STATES v. NEW YORK & P. R. S. S. CO. (Circuit Court of Appeals, Second Circuit. December 15, 1913.) No. 204. In Error to the District Court of the United States for the Southern District of New York. Action at law by the United States against the New York & Porto Rico Steamship Company. Judgment for defendant, and the United States bring error. Affirmed. See, also, 206 Fed. 443. A. S. Pratt, Asst. U. S. Atty., of New York City. Before LACOMBE, COXE, and WARD, Circuit Judges.

PER CURIAM. Judgment affirmed in open court.

WALTHAM WATCH CO. v. KEENE. (Circuit Court of Appeals, Second Circuit. December 18, 1913.) No. 67. Appeal from the District Court of the United States for the Southern District of New York. Suit in equity by the Waltham Watch Company against Charles A. Keene. Decree for defendant, and complainant appeals. Affirmed. For opinion below, see 202 Fed. 225. Crawford, Harris & Goodwin, of New York City (William G. Thompson, Nathan Matthews, Romney Spring, and George E. Mears, all of Boston, Mass., of counsel), for appellant. A. H. Rosenfeld, of New York City, for appellee. Before WARD and ROGERS, Circuit Judges, and HOUGH, District Judge.

PER CURIAM. The decree of the court below is affirmed.